1  MICHAEL L. WHITCOMB, ESQ.  (SBN:  86744)
   JAMES C.E. BARCLAY, ESQ. (SBN: 60503)
2  UNION PACIFIC RAILROAD COMPANY
   Law Department
3  10031 Foothills Boulevard, Suite 200
   Roseville, CA  95747
4  General:     916-789-6400
   Direct:      916-789-6231
5  Fax:         916-789-6227

6  Attorneys for Defendant
   UNION PACIFIC RAILROAD COMPANY

7

8            IN THE UNITED STATES DISTRICT COURT

9        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  LARRY D. HALVERSON,                  Case No.: 2:05-CV-01464-FCD-PAN

12          Plaintiff,                   AMENDED STIPULATION
                                         MODIFYING SCHEDULING ORDER;
13      vs.                              ORDER THEREON

14  UNION PACIFIC RAILROAD COMPANY,      Final Pretrial:  09/22/2006
                                         Trial:           12/05/2006
15          Defendant

16

17      COMES NOW Plaintiff, LARRY D. HALVERSON, and Defendant, UNION

18  PACIFIC RAILROAD COMPANY, who seek to modify the Court's Scheduling Order

19  based upon the following showing of good cause and proffered Stipulation.

20      Plaintiff has recently been referred by his treating doctor to an orthopedic

21  surgeon for a surgical opinion.  This opinion bears directly upon Plaintiff's future

22  damages and ability to return to work.  The parties ask this court for an Order to

23  defer the designation of the experts until Plaintiff has obtained this consultation,

24  which may affect who the parties chose to designate, the opinions of the parties'

25  respective experts and the number of expert depositions to be taken.  Plaintiff has

26  been working full time and caring for two teenage sons from his divorce.  He has

27  had limited time to obtain the surgical consult referral.  In the interest of justice

28  and  to  allow  them  to  fully  prepare  for  settlement  discussions  and  trial  if

-1-

necessary, the parties request the Court grant this modest modification of the expert designation time limes as set out in the Stipulation.

IS HEREBY STIPULATED by and between the parties, through their attorneys of record that the following dates be continued as follows:

1. Expert disclosures are due on or before June 17, 2006.  The parties hereby waive the Federal Court Rule 26 disclosure requiring reports be completed and filed at the time of disclosure and/or supplemental disclosure.

2. Supplemental expert disclosures are due on or before June 27, 2006.

3. Expert witness discovery will be completed on or before August 27, 2006.

At this time, the parties do not anticipate requesting any other changes to the Scheduling Order.

DATED:  April 19, 2006                    MICHAEL L. WHITCOMB, ESQ.
                                          JAMES C.E. BARCLAY, ESQ.


                                          By: _____
                                              JAMES C.E. BARCLAY
                                              Attorneys for Defendant
                                              UNION PACIFIC RAILROAD COMPANY



DATED: _____                    GANONG & WYATT


                                          By: _____
                                              PHILIP GANONG
                                              Attorneys for Plaintiff
                                              LARRY D. HALVERSON

///
///
///
///
///
///
///

-2-

<u>ORDER</u>

After considering the Stipulation by and between the parties, through their attorneys of record,

IT IS HEREBY ORDERED that:

1.      Expert disclosures are due on or before June 17, 2006.  No reports shall be exchanged and filed at the time of disclosure and/or supplemental disclosure.

2.      Supplemental expert disclosures are due on or before June 27, 2006.

3.      Expert witness discovery will be completed on or before August 27, 2006.

4.      In light of the extensions granted above conflicts now exist with the court's calendar and the remaining dates as set in this action. Accordingly, the following dates are hereby RESET:

     Dispositive motions shall be hearing no later than October 27, 2006

     Final Pretrial Conference is set for January 12, 2007 at 2:30 p.m

     Jury Trial set for March 20, 2007 at 9:00 a.m.

DATED:  <u>April 21, 2006 </u>       <u>/s/ Frank C. Damrell Jr.</u>

                       **JUDGE OF UNITED STATES DISTRICT COURT**
                       **EASTERN DISTRICT OF CALIFORNIA**

JCEB:akm

R:\Lawadmin\Team #E\JCB\HALVERSON #533880\AMENDED STIP&ORDER-experts.doc