JACOB D. FLESHER, ESQ. (SBN: 210565)
**BARRY UBALDI McPHERSON & FLESHER LLP**
11249 Gold Country Boulevard, Suite 170
Gold River, CA 95670
(916) 635-2200
FAX: (916) 635-2120

Attorneys for Defendant
**UNION PACIFIC RAILROAD COMPANY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. HALVERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant.<br>_____/ | Case No. 2:05-CV-01464-FCD-PAN (JFM)<br><br>**ORDER REGARDING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S SUBSTITUTION OF ATTORNEY** |

The Court hereby approves Defendant Union Pacific Railroad Company's Substitution of Attorney filed June 29, 2006:

   Jacob D. Flesher, Esq. (SBN: 210565)
   Barry Ubaldi McPherson & Flesher LLP
   11249 Gold Country Boulevard, Suite 170
   Gold River, CA 95670
   (916) 635-2200
   FAX: (916) 635-2120
   e-mail: jdf@bumfllp.com

The above is hereby substituted as counsel of record for defendant Union Pacific Railroad Company.

DATED: June 30, 2006        /s/ Frank C. Damrell Jr.
                            The Honorable Frank C. Damrell Jr.
                            JUDGE, UNITED STATES DISTRICT COURT

**Larry D. Halverson v. Union Pacific Railroad Company**
**United States District Court, Eastern District of California, Case # 2:05-CV-01464-FCD-PAN(JFM)**

## PROOF OF SERVICE

The undersigned declares:

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of eighteen years and not a party to the within action; my business address is 11249 Gold Country Blvd., Suite 170, Gold River, CA 95670.

On June 30, 2006, I electronically filed the foregoing PROPOSED ORDER ON SUBSTITUTION OF ATTORNEYS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff:**
Philip W. Ganong, Esq.
**Ganong & Wyatt**
924 Truxtun Avenue
Bakersfield, CA 93301
Phone: (661) 327-3337
Facsimile: (661) 327-3395

**Prior Counsel for Defendant:**
Michael L. Whitcomb, Esq.
William H. Pohle, Jr., Esq.
**Union Pacific Railroad Company**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA 95747-7101
Phone: (916) 789-6232
Facsimile: (916) 789-6227

In addition, pursuant to Local Rule 5-137(b), I submitted the above-captioned document directly to the Court's Chambers in appropriate word processing format.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 30, 2006, at Gold River, Sacramento County, California.


                /s/ Kate Warren
                Kate Warren

**Barry Ubaldi**
**McPherson &**
**Flesher LLP**