1  **BARRY UBALDI McPHERSON & FLESHER, LLP**
   11249 Gold Country Blvd., Suite 170
2  Gold River, CA 95670
   Tele: (916) 635-2200
3  Fax: (916) 635-2120

4  Jacob D. Flesher, SBN 210565

5  Attorneys for Defendant Union Pacific
   Railroad Company
6

7             **UNITED STATES DISTRICT COURT**

8            **EASTERN DISTRICT OF CALIFORNIA**

9
   LARRY D. HALVERSON,              )  Case No. 2:05-CV-01464-FCD-EFB
10                                  )
                                    )
11            Plaintiff,            )
                                    )
12     vs.                          )  **ORDER RE: STIPULATION TO AMEND**
                                    )  **SCHEDULING ORDER**
13                                  )
   UNION  PACIFIC  RAILROAD  COMPANY)
14 and DOES 1 through 20, inclusive,)  Pre-Trial Date:    10/12/2007
                                    )  Trial Date:        11/27/2007
15                                  )
              Defendants.           )
16 _____ )

17
        The Court hereby amends the Scheduling Order as follows:
18
        Plaintiff shall undergo a non-invasive medical examination with Defendant's retained
19
   medical  expert  prior  to  November 5, 2007. Defendant  agrees  Plaintiff  may  have  a
20
   representative present who may audio-record the examination; however, the representative
21
   may not interfere in any way with the examination.
22
        IT IS SO ORDERED.
23
   DATED: October 19, 2007
24

25                                      _____
                                        FRANK C. DAMRELL, JR.
26                                      UNITED STATES DISTRICT JUDGE

27

28

_____
Order Re: Stipulation to Amend Scheduling Order